THE STATE OF MONTANA ON RELATION OF DORMAN H. SCHAEFFER, RELATOR, v. THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT OF THE STATE OF MONTANA, IN AND FOR THE COUNTY OF LEWIS AND CLARK, AND THE HONORABLE LESTER H. LOBLE, JUDGE THEREOF, RESPONDENTS.

No. 10883.

No Pacific citation.

PER CURIAM:

This is an original proceeding seeking an appropriate writ. The application for an appropriate writ is denied and the proceeding ordered dismissed.